**Dismissed and Memorandum Opinion filed October 21, 2014**



**In The**

# Fourteenth Court of Appeals

### NO. 14-14-00786-CR

**JOSHUA CORDELL HURD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 228th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1387734**

## M E M O R A N D U M   O P I N I O N

After a plea of guilty, appellant was convicted of the offense of aggravated robbery with a deadly weapon and sentenced to prison for twelve years on May 13, 2014.  No timely motion for new trial was filed.  Appellant's notice of appeal was not filed until September 25, 2014.

A defendant's notice of appeal must be filed within thirty days after sentence is imposed when the defendant has not filed a motion for new trial.  *See* Tex. R.

App. P. 26.2(a)(1). A notice of appeal which complies with the requirements of Rule 26 is essential to vest the court of appeals with jurisdiction. *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998). If an appeal is not timely perfected, a court of appeals does not obtain jurisdiction to address the merits of the appeal. Under those circumstances it can take no action other than to dismiss the appeal. *Id.*

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices McCally, Brown and Wise.

Do Not Publish — Tex. R. App. P. 47.2(b).